# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| **DAVID LYNN CHAPMAN** | * |
| **ADC #120704** | * |
| | * |
| **Plaintiff** | * |
| | * |
| v. | *   Case No.5:06CV0083SWW/JFF |
| | * |
| **ROYCE CALLAWAY,** *et al.* | * |
| | * |
| **Defendants** | * |

## JUDGMENT

Consistent with the order of dismissal entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. Section 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 13th day of June, 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE